RECEIVED
USDC, WESTERN DISTRICT OF LA
ROBERT H. SHEMWELL, CLERK
DATE 8/14/08

# UNITED STATES DISTRICT COURT

# WESTERN DISTRICT OF LOUISIANA

# LAFAYETTE-OPELOUSAS DIVISION

| | | |
|---|---|---|
| THOMAS J. PROVOST, JR. | * | CIVIL ACTION NO. 08-0410 |
| VERSUS | * | JUDGE HAIK |
| COMMISSIONER OF SOCIAL SECURITY | * | MAGISTRATE JUDGE HILL |

## JUDGMENT

This matter was referred to United States Magistrate Judge C. Michael Hill for Report and Recommendation. No objections have been filed. The Court concludes that the Report and Recommendation of the magistrate judge is correct and therefore adopts the conclusions set forth therein.

Accordingly, IT IS ORDERED, ADJUDGED AND DECREED that the Commissioner's Motion to Dismiss is GRANTED, and that this matter is DISMISSED with prejudice.

Lafayette, Louisiana, this 14th day of August, 2008.

RICHARD T. HAIK
UNITED STATES DISTRICT JUDGE